In the Matter of the Probate of the Will of LAURA GUIDI, Deceased.

MARGARET T. MOUNTAIN et al., Appellants; ALEXANDER F. WHELAN, Respondent.

Argued October 4, 1940; decided November 13, 1940.

*Colley E. Williams* and *William G. Chambers* for appellants.

*Laurence L. Cassidy* and *Mortimer M. Cassidy* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., SEARS, LEWIS and CONWAY, JJ. Dissenting: LOUGHRAN, FINCH and RIPPEY, JJ.